1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRED LEON JACKSON, JR.,

11          Plaintiff,                          No. CIV S-04-0741 JAM DAD P

12      vs.

13   R. ROWLETT, et al.,

14          Defendants.                         ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On May 21, 2008, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty days.  Plaintiff has filed

22   objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

                                                1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed May 21, 2008, are adopted in full; and

3    2. This action is dismissed.

4    IT IS SO ORDERED.

5 DATED: August 21, 2008

6                                          /s/ John A. Mendez
                                        UNITED STATES DISTRICT JUDGE

7
/jack0741.805

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26